UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRENDA LEE WARNE, | ) | 1:03-cv-06028-OWW-DLB-HC |
| | ) | |
| Petitioner, | ) | **ORDER ADOPTING FINDINGS AND** |
| | ) | **RECOMMENDATION** (Doc. 16) |
| v. | ) | |
| | ) | **ORDER DENYING PETITION FOR** |
| RICHARD ROGERS, SHERIFF, | ) | **WRIT OF HABEAS CORPUS** |
| | ) | |
| Respondent. | ) | **ORDER DIRECTING CLERK TO ENTER** |
| | ) | **JUDGMENT FOR RESPONDENT** |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On March 10, 2005, the Magistrate Judge filed a Findings and Recommendation that the Petition for Writ of Habeas Corpus be DENIED, and judgment be entered for Respondent. These Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendation.[1]

---

[1] The United States Postal Service returned the order served on petitioner on March 24, 2005, as undeliverable. A notation on the envelope indicated, "No longer housed here." However, petitioner has not notified the court of any change in address. Absent such notice, service at a party's prior address is fully effective. See Local Rule 83-182(f).

1

1    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

   Accordingly, IT IS HEREBY ORDERED that:

   1.   The Findings and Recommendation, filed March 10, 2005, is ADOPTED IN FULL;

   2.   The Petition for Writ of Habeas Corpus is DENIED; and,

   3.   The Clerk of Court ENTER judgment in favor of Respondent.

IT IS SO ORDERED.

**Dated:   May 2, 2005**                **/s/ Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE